13729

CAMPBELL *ET AL.* v. WILLIAMS *ET AL.*

(172 S. E., 142)

286

*Messrs. Cantey & Elliott,* for appellant,

*Messrs. T. C. Brown, Heyward Brockinton, Waller Bailey* and *Charles B. Elliott,* for respondents,

December 7, 1933.

The opinion of the Court was delivered by Mr. Chief Justice Blease.

The decree of his Honor, Circuit Judge Townsend, appealed from, which will be reported, is entirely satisfactory to this Court, and it is affirmed.

Messrs. Justices Stabler, Carter and Bonham and Mr. Acting Associate Justice W. C. Cothran concur.